IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RICKY L. MOORE,

    Plaintiff,

Case No. 3:11-cv-151

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

-vs-

BURGER KING, et al.,

    Defendants.

---

**ORDER TO PRO SE PLAINTIFF UPON FILING OF A MOTION FOR SUMMARY JUDGMENT**

---

    You are hereby notified that the Defendants filed with the Court on May 18, 2012, a motion for summary judgment in this case [Doc # 22].  You should receive a copy of the motion directly from the Defendants.

    Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (May 18, 2012) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you.  Your response must be filed with the Court not later than June 11, 2012.

May 21, 2012.

                                     *s/ Michael R. Merz*
                               United States Magistrate Judge