IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RICKY L. MOORE, | : | |
| Plaintiff, | : | Case No. 3:11-cv-151 |
| vs. | : | JUDGE WALTER HERBERT RICE |
| BURGER KING, *et al.*, | : | |
| Defendants | : | |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #26); OVERRULING PLAINTIFF'S OBJECTIONS THERETO (DOC. #27); SUSTAINING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. #22); JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

Based on the reasoning and citations of authority set forth in the Report and Recommendations of the United States Magistrate Judge, filed July 5, 2012, (Doc. #26), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said judicial filing is adopted in its entirety. Plaintiff's "objections" (Doc. #27) to said judicial filing are overruled, and Defendants' motion for summary judgment (Doc. #22) is sustained.[1]

---

[1] As Defendants note, Plaintiff's "Response" to the Report and Recommendations contains no specific objections to any portion of that judicial filing as required by Federal Rule of Civil Procedure 72(b)(2).

Judgment will be entered in favor of Defendants Burger King and Matthew Daugherty, and against Plaintiff. The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: September 25, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:   Ricky Moore, *pro se* Plaintiff
             Counsel for Defendants